IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYLE SMITH,  :  | |
|     Plaintiff, : | CIVIL ACTION NO. 02-2718 |
| v.  : | |
| PROMARK PRODUCTS WEST, INC.  : | |
|  and ARIENS COMPANY  : | |
|     Defendants.  : | |

## ORDER

AND NOW, on this 11th day of August, 2004, upon consideration of Defendants' Motion to Compel (Docket No. 21) and Plaintiff's Opposition (Docket No. 22), it is hereby **ORDERED** that Defendants' Motion is **GRANTED in part and DENIED in part.** Plaintiff shall produce true and accurate copies of Plaintiff's Federal Income Tax Returns filed for years 1996 through 2003, and all W-2 forms for Plaintiff from 1996 through 2003. Plaintiff shall also provide fully executed medical authorizations for all medical records relating to Plaintiff written within ten (10) years of the date of Plaintiff's accident sued upon herein. These medical authorizations shall include psychiatric records, but <u>will not</u> include any records relating to substance abuse treatment and/or rehabilitation. Plaintiff has ten (10) days to comply with this order.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.