IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KYLE SMITH, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-2718 |
| | : | |
| PROMARK PRODUCTS WEST, INC., | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 18th day of October, 2004, upon consideration of the motion of defendant Ariens Company to preclude the records, reports and testimony of plaintiff's treating physicians and experts, and motion to compel authorizations for substance abuse treatment (Docket No. 25) and plaintiff's response thereto, it is hereby ORDERED that said motion is DENIED.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.