IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KYLE SMITH | : | CIVIL ACTION |
| v. | : | |
| PROMARK PRODUCTS WEST, INC. | : | NO. 02-2718 |

**O R D E R**

     AND NOW, this 21st day of January, 2005, it is Ordered that TRIAL in the above captioned matter is scheduled for Monday April 4, 2005 at 9:30 a.m. in Courtroom 14 A.

     A Hearing is Scheduled for Wednesday March 30, 2005 at 10:00 a.m. on the outstanding Daubert motions.

BY THE COURT

ATTEST:

BY:_____

     Deputy Clerk