IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYLE SMITH, : | |
| : | CIVIL ACTION NO. 02-CV-2718 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| PROMARK PRODUCTS WEST, INC., : | |
| : | |
| and : | |
| : | |
| ARIENS COMPANY, : | |
| : | |
| Defendants. : | |

## **ORDER**

AND NOW, this _____ day of January, 2005, pursuant to this Court's Order of January 21, 2005, a **Hearing** shall be held on **Wednesday, March 30, 2005 at 10:00 a.m.** on the following motions: Defendants' Motion to Preclude the Report and Testimony of Plaintiff's Expert Witness, Richard Colberg (Docket No. 30, responses at Docket Nos. 36, 40 and 44) and Plaintiff's Motion *in Limine* to Preclude Testimony of Defendants' Expert, John E. Myers, Ph.D (Docket No. 49, response at Docket No. 50).

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.