IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| KYLE SMITH, | : | |
| | : | CIVIL ACTION NO. 02-CV-2718 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PROMARK PRODUCTS WEST, INC., | : | |
| | : | |
| and | : | |
| | : | |
| ARIENS COMPANY, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this _____ day of January, 2005, upon consideration of Plaintiff's

Motion *in Limine* to Preclude Records and Testimony Relating to Drug/Alcohol Abuse or

Treatment (Docket No. 48), Defendants' response thereto (Docket No. 51) and Plaintiff's reply

(Docket No. 53), it is hereby **ORDERED** that Plaintiff's motion is **GRANTED in part,** and

**DENIED in part.**

Defendant shall be permitted to introduce evidence and testimony relating to drug and

alcohol abuse or treatment by the Plaintiff for the limited purpose of calculating Plaintiff's loss of

earning capacity.  Defendant shall be precluded from entering such evidence or testimony beyond

this limited purpose.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.

1