IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYLE SMITH, | : |
| Plaintiff, | : CIVIL ACTION NO. 02-CV-2718 |
| v. | : |
| PROMARK PRODUCTS WEST, INC., | : |
| and | : |
| ARIENS COMPANY, | : |
| Defendants. | : |

### ORDER

AND NOW, this 26th day of January, 2005, upon consideration of Defendants' Motion *in Limine* to Preclude the Report, Opinion and Testimony of Plaintiff's Experts, Phillip Spergel, ED.D., Richard Colberg, and Barry Snyder (Docket No. 35), Plaintiff's response thereto (Docket No. 38) and the parties' supplemental reply briefs (Docket Nos. 42 and 47), it is hereby **ORDERED** that Defendants' motion is **DENIED, without prejudice.**

It is **FURTHER ORDERED** that Plaintiff's witness, Barry Snyder, is required to recreate, to the best of his abilities, a listing of any other cases in which he has testified as an expert at trial or by deposition with in the preceding four years, in accordance with Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure. Failure to provide such information shall result in the preclusion of the witness' testimony.

It is **FURTHER ORDERED** that Plaintiff must provide Defendant with the data and other information considered by Phillip Spergel, ED.D., in the formation of his opinion. This shall include the tests administered, testing results and the applicable grading methodology,

1

pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.

Case 2:02-cv-02718-RB     Document 58     Filed 01/26/2005     Page 2 of 2