IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYLE SMITH, | : |
|     *Plaintiff,* | : |
| v. | : CIVIL ACTION |
| PROMARK PRODUCTS WEST, INC. | : |
| and | : NO. 02-CV-2718 (RLB) |
| ARIENS COMPANY, | : |
|     *Defendants.* | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED and AGREED that all claims of the plaintiff, Kyle Smith, against defendants, Promark Products West, Inc. and Ariens Company, shall be and are hereby DISMISSED WITH PREJUDICE, without costs against any party.

**BEGLEY, CARLIN & MANDIO, LLP**   **LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO**

BY: _____   BY: _____
    Richard S. Klinges, III, Esquire       Gerard Cedrone, Esquire
    Attorney for Plaintiff,       Attorney for Defendants,
    Kyle Smith       Promark Products West, Inc. and
           Ariens Company

DATE: 3/23/05   DATE: MARCH 28, 2005

860468v1